NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER L. STEWART,**

*Plaintiff-Appellant*

**v.**

**ALFRED A. ARRAJ UNITED STATES COURTHOUSE, CITY AND COUNTY OF DENVER, COLORADO,**

*Defendants-Appellees*

---

2025-1669

---

Appeal from the United States District Court for the District of Colorado in No. 1:22-cv-00031-LTB, Senior Judge Lewis T. Babcock.

---

PER CURIAM.

## O R D E R

No party having filed a response to the court's June 16, 2025 show cause order, we now dismiss.

Christopher L. Stewart filed this civil rights action in the United States District Court for the District of Colorado naming as defendants the Alfred A. Arraj United States Courthouse and the city and county of Denver, Colorado. The complaint sought, among other things, $25,000 "for

2    STEWART v. ALFRED A. ARRAJ UNITED STATES COURTHOUSE

violation of 14th am[]endment and wrongful i[m]prison-
ment." Dkt. No. 1 at 5. On January 24, 2022, the district
court issued an order construing Mr. Stewart's filing of a
"motion to withdraw the original civil complaint without
prejudice," Dkt. No. 5 at 1, as a notice of voluntary dismis-
sal and dismissed the action without prejudice. On April
15, 2025, Mr. Stewart filed a notice of appeal seeking re-
view in this court.

"[T]he timely filing of a notice of appeal in a civil case
is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S.
205, 214 (2007). Here, Mr. Stewart's appeal from the dis-
trict court's January 24, 2022 order is more than three
years late. For at least this reason, we and any other court
of appeals lack jurisdiction. We therefore dismiss the ap-
peal.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

September 29, 2025
Date

Jarrett B. Perlow
Clerk of Court